■ In the Matter of ROBERT E. DIZAK. — Counsel relieved with the grateful thanks of this court, and a special referee appointed to take immediate possession of the files of respondent's clients and to take action as indicated in the order of this court, respondent's suspension continued until the further order of this court, and the application for an order striking the name of respondent from the roll of attorneys is adjourned until April 5, 1983. Concur — Sandler, J. P., Milonas, Silverman, Bloom and Alexander, JJ.

■ CAROLINE P. YOUNG v ELEANOR CARRUTH et al. — Motion, insofar as it seeks reargument, denied, and insofar as it seeks leave to appeal to the Court of Appeals is granted as indicated in the order of this court. Concur — Kupferman, J. P., Ross, Carro, Silverman and Fein, JJ.

## (March 10, 1983)

■ TORIS MIGNOTT et al., Respondents, v SEARS, ROEBUCK & COMPANY, Appellant, and Third-Party Plaintiff-Appellant. SINGER FURNITURE COMPANY, Third-Party Defendant-Appellant. SINGER FURNITURE COMPANY, Sued Herein as SINGER COMPANY, Third-Party Defendant-Appellant, and Fourth-Party Plaintiff, KENLIN ENTERPRISES, INC., et al., Fourth-Party Defendants. — Appeals from order, Supreme Court, Bronx County (Fusco, J.), entered on December 6, 1982, unanimously dismissed as nonappealable, without costs and without disbursements. (*Everitt v Health Maintenance Center,* 86 AD2d 224.) No opinion. Concur — Sandler, J. P., Ross, Asch, Fein and Alexander, JJ.